IN THE UNITED STATES DISTRICT COURT
for The District of Massachusetts

Paul W. Aaron
    v.
City of Lowell, Mass
Lowell Police Dept
NH State Police "Trooper Vincente"
Any officers, persons, or entities in their official capacity named in City of Lowell's Board of Inquiry Internal Investigation # 2018-0221 Arrest of Paul Aaron 3/7/18
John Doe (Any officer, person, entities not yet named in complaint)

- Motion to Appoint Counsel
- Requesting honorable court to accept Motion as Complaint as well.

I, Paul W. Aaron here by request this honorable court to appoint counsel for reasons pursuant to 42 U.S.C.S §1983, 1985, unlawful arrest and excessive force, search, and others T.B.A.

2020 AUG 27 PM 12:50
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
IN CLERKS OFFICE

Complaint
Overview:

- I've made several attempts while incarcerated to contact an attorney on this matter, but due to prison phone systems and lack of resources, obtaining an attorney has been a daunting task. I've included some rough notes that shows I made multiple attempts to contact an Attorney (exhibit 1)
- On March 7, 2018 I was arrested by Lowell Police S.I.S and New Hampshire State Trooper in Lowell, MA.
- October 9, 2018 a Federal Judge ruled my arrest unlawful as well as the search warrants to follow. Also due to the concerns raised by the inconsistencies of the arrest, the Middlesex District Attorney office filed a nolle prosequi on October 12, 2018 for all charges stemming from arrest. And on
- October 26, 2018 members from the City of Lowell formed a Board of Inquiry (exhibit 2) to investigate policy violations commited by Lowell Police Department during my arrest which found several officers guilty of violating policies.
- As a result from that excessive unlawful arrest and search warrants to follow, I've accumalated several damages to my health and other valued aspects of my life. I would like a ruling on those damages and I'm asking this honorable court to appoint an attorney that would suceed in that notion.

Not only am I incarcerated, I'm housed in FCI Danbury, a facility shaken by the Covid-19 virus and is currently in lockdown status and inadequate staffing.
At this time I'm not able to provide a complete copy of the discovery which includes footage of the arrest and medical notes. I've provided the documents I currently have which should be sufficient to prove my case of unlawful arrest and search warrants that follow.
I have labeled those documents exhibit 2.
Also in exhibit 2 includes a medical note dated 7/30/19. One of several medical notes made, this one and the rest discuss mental health and current symptoms resulting from 3/7/18 arrest.

Relief:
Relief will be monetary; T.B.A

# Certificate of Service

I, PAUL AARON, certify that on 8/21/20 I mailed this Motion to the following:

United States District Court
1 Courthouse Way, Suite 2300
Boston, MA

PAUL AARON
*/s/ Paul Aaron*

Paul Aaron 15673-014

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
Danbury, CT 06811-3099

United States District Court
1 Courthouse Way, Suite 2300 / Clerk's Office
Boston, MA 02210

ATTN: Clerk's Office

USMS SCREENED