UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL AARON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 20-cv-11604-ADB |
| | * | |
| CITY OF LOWELL, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

BURROUGHS, D.J.

On February 5, 2021, Paul Aaron was granted leave to proceed *in forma pauperis* and was ordered to file a second amended complaint. [ECF No. 14]. Now before the Court is Aaron's Second Amended Complaint. [ECF No. 18].

Accordingly:

1. The Clerk shall issue summonses for service of (1) the City of Lowell; (2) Trooper Vincente; (3) Rafael Rivera; (4) Daniel Desmarais; (5) Captain Penrose; (6) Nickolas Dokos; and (7) David Lavoie, and the plaintiff shall serve the summons, the Second Amended Complaint, and this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure.

2. At this time, a summons will not issue as to the defendant identified as "John Doe." If, through discovery, the plaintiff discovers the true name of the "John Doe" defendant, he "should act promptly to amend the Second Amended Complaint to substitute the correct party and to dismiss any baseless claims." *Martinez-Rivera v. Sanchez Ramos*, 498 F.3d 3, 8 n.5 (1st Cir. 2007). He may then also file a motion for issuance of a summons for this defendant. If a

summons issues, the United States Marshal shall complete service as directed by plaintiff with all costs of service to be advanced by the United States.

3. Because the plaintiff is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve copies of the summons, Second Amended Complaint, and this Order upon the named defendants as directed by plaintiff. The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served. The Clerk shall provide the plaintiff with forms and instructions for service by the USMS.

4. The plaintiff shall have 90 days from the date of the issuance of the summons to complete service.

**SO ORDERED.**

May 4, 2021                                /s/ Allison D. Burroughs
                                           ALLISON D. BURROUGHS
                                           U.S. DISTRICT JUDGE